1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARTIN LOUIS SAIZ,

        Plaintiff,

v.

HANFORD POLICE DEPARTMENT,

        Defendant.

_____/

CASE NO. 1:12-cv-00912-AWI-SMS

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS
(Doc. 2)**
          and

**ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY
CALIFORNIA DEPARTMENT OF
CORRECTIONS**

     Plaintiff Martin Louis Saiz has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Because Plaintiff has made the showing required by § 1915(a), the request to proceed *in forma pauperis* is hereby granted.

     Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Accordingly, Plaintiff must make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account.  The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

     In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

        2.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

-1-

1    certified copy of his prison trust account statement for the six-month period immediately preceding

2    the filing of the complaint.

3            **3.  The Director of the California Department of Corrections or his designee**

4    **shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per**

5    **cent (20%) of the preceding month's income credited to Plaintiff's trust account and shall**

6    **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

7    **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

8    **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

9    **and number assigned to this action.**

10           4.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11   Plaintiff's *in forma pauperis* applications on the Director of the California Department of

12   Corrections via the court's electronic case filing system (CM/ECF).

13           5.  The Clerk of the Court is directed to serve a copy of this order on the Financial

14   Department, U.S.  District Court, Eastern District of California, Fresno Division.

15           6.   Notwithstanding the grant of Plaintiff's application to proceed *in forma pauperis*,

16   the Court directs that service shall not be undertaken until the Court screens the complaint in due

17   course and issues its screening order.

18

19   IT IS SO ORDERED.

20   **Dated:    June 7, 2012**                         **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

-2-