# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOUIS SAIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00912-AWI-SMS<br><br>ORDER DIRECTING BRIEFING OF<br>MOTION TO ENLARGE TIME<br><br>(Doc. 19) |

　　On January 28, 2013, Plaintiff, proceeding *pro se*, filed a *ex parte* motion to expand the time in which he must respond to Defendants' requests for admissions, requests for production of documents, and special interrogatories. Plaintiff argues that he requires additional time dues his lack of legal experience and limited access to the law library.

　　Defendants are directed to file a response with this Court on or before February 6, 2013, either indicating their consent to the requested thirty-day extension or explaining their opposition to Plaintiff's motion in a brief statement not to exceed five pages. The Court shall then take the matter under submission.

　　The Clerk of Court is directed to mail Plaintiff a copy of this order.

IT IS SO ORDERED.

Dated:　　**January 30, 2013**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1