# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOUIS SAIZ, | CASE NO. 1:12-cv-00912-AWI-SMS |
| Plaintiff, | |
| v. | ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS |
| HANFORD POLICE DEPARTMENT, et al., | |
| Defendants. | (Doc. 19) |

On January 28, 2013, Plaintiff, proceeding *pro se*, filed a *ex parte* motion to expand the time in which he must respond to Defendants' requests for admissions, requests for production of documents, and special interrogatories. Defendants' having consented to Plaintiff's requests, the Court ORDERS that Plaintiff shall respond to Defendants' requests for admissions, requests for production of documents, and special interrogatories on or before March 18, 2013.

The Clerk of Court is directed to mail Plaintiff a copy of this order.

IT IS SO ORDERED.

**Dated:   February 2, 2013**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE

1