**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOUIS SAIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HANFORD POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:12-CV-00912-AWI-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 29) |

　　Plaintiff Martin Saiz, proceeding *pro se* and *in forma pauperis*, has moved to amend the second amended complaint in this matter to correct the name of Defendant "Officer Martinez" to the name of "Officer Scandura." The motion does not clearly explain whether Plaintiff intends to dismiss Officer Martinez.

　　Local Rule 220 requires that any amended complaint shall be retyped and refiled so that it is complete in itself without reference to any prior pleading. The motion does not do so. Accordingly, Plaintiff is directed to re-submit his motion to amend, attaching to the motion a copy of the proposed third amended complaint.

　　In addition, to the extent that Plaintiff intends to dismiss his claims against Defendant Officer Martinez, Plaintiff is directed to prepare and file a stipulation of dismissal of Officer Martinez from this action.

IT IS SO ORDERED.

DATED:　7/19/2013　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE