**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOUIS SAIZ,<br><br>Plaintiff,<br><br>v.<br><br>HANFORD POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:12-CV-00912-AWI-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(Doc. 30) |

On May 20, 2013, Plaintiff Martin Saiz, proceeding *pro se* and *in forma pauperis*, moved for an order granting a settlement conference. On May 21, 2013, the Court ordered this motion held in abeyance, pending the outcome of a scheduling conference between the parties. On June 18, 2013, both parties to this action participated in a scheduling conference with the Magistrate Judge, at which they agreed that no settlement conference would then be scheduled, but that a settlement conference could be scheduled at the parties' request at a later date. The provisions of the scheduling conference were memorialized in a scheduling order filed June 26, 2013.

The parties having agreed to postpone plans for a settlement conference, Plaintiff's motion is moot. Accordingly, the Court hereby orders Plaintiff's Motion Stipulation for Settlement Conference (Doc. 30) dismissed, without prejudice to the parties' right under the scheduling order to request the scheduling of a settlement conference at a later date.

IT IS SO ORDERED.

Dated: **July 19, 2013**      **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE